1

2

3

O

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          )
                                        )
11                   Plaintiff,         )        SA CR 07-54M
                                        )
12        v.                            )   ORDER OF DETENTION AFTER HEARING
                                        )        (18 U.S.C. § 3142(i))
13   WILLIAM COREY JONES,               )
                                        )
14                   Defendant.         )
                                        )
     _____)

15

16                                      I.

17        A.  ( ) On motion of the Government involving an alleged

18           1.  ( )  crime of violence;

19           2.  ( )  offense with maximum sentence of life imprisonment or death;

20           3. ( )   narcotics or controlled substance offense with maximum sentence of ten or more years

21                    (21 U.S.C. §§  801,/951, et. seq..,/955a);

22           4.  ( )  felony - defendant convicted of two or more prior offenses described above.

23           5.  ( )   offense under 18 U.S.C. § 924(c), § 956(a), or 2332b.

24           6.  ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or

25           possession or use of a firearm or destructive device or other dangerous weapon, or failure to

26           register under 18 U.S.C. § 2250.

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1        B.  On motion (X ) (by the Government) / ( ) (by the Court <u>sua</u> <u>sponte</u> involving)

2          1.  ( X) serious risk defendant will flee;

3          2.  ( )  serious risk defendant will

4              a. ( )   obstruct or attempt to obstruct justice;

5              b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

6                                              II.

7      The Court finds no condition or combination of conditions will reasonable assure:

8      A.  (X) appearance of defendant as required; and/or

9      B.  ( ) safety of any person or the community;

10                                            III.

11     The Court has considered:

12     A.  (X)      the nature and circumstances of the offense;

13     B.  (X)      the weight of evidence against the defendant;

14     C.  (X)      the history and characteristics of the defendant;

15     D.  ( ) the nature and seriousness of the danger to any person or to the community.

16                                            IV.

17     The Court concludes:

18     A.  ( ) Defendant poses a risk to the safety of other persons or the community because:

19

20     B.  ( X) History and characteristics indicate a serious risk that defendant will flee because:

21          DEFENDANT HAS FAILED TO COMPLY WITH PREVIOUS CONDITIONS OF

22          BOND.  HE FLED THE JURISDICTION OF THE SOUTHERN DISTRICT OF OHIO.

23          DISTRICT JUDGE RICE HAS ISSUED A NO BAIL WARRANT.

24     C.  ( ) A serious risk exists that defendant will:

25          1. ( )   obstruct or  attempt to  obstruct  justice;

26          2. ( )   threaten, injure or intimidate a witness/ juror; because:

27     D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

28          provided in 18 U.S.C. § 3142 (e).

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                    - 2 -                         Page 2 of 3

1       IT IS ORDERED that defendant be detained prior to trial.

2       IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4       IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5   consultation with his counsel.

6

7

8   Dated:      February 26, 2007

9

10                                      Marc L. Goldman
                                        U.S. Magistrate Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                         - 3 -                          Page 3 of 3